**Order filed October 11, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00663-CV
_____

**ROY JORDAN, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2015-53281

## ORDER

Appellant is represented by retained counsel, Jeff Heintschel. No reporter's record has been filed in this case. My Thuy Cieslar, the official court reporter for the 190th District Court, informed this court that appellant had not made arrangements for payment for the reporter's record. On September 11, 2018, the clerk of this court notified appellant that we would consider and decide those

issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, Jeff Heintschel, to file a brief in this appeal on or before **November 12, 2018**. If Jeff Heintschel not timely file the brief as ordered, we will issue an order requiring the trial court to hold a hearing to determine why the brief has not been filed.


PER CURIAM